| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Hirlye R. "Ryan" Lutz, III
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200

FILED
08 FEB 25 PM 4: 17

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICH PERRY and DONNA PERRY
for themselves and on behalf of
those similarly situated,

    Plaintiff(s),

    v.

SUPERIOR FIREPLACE COMPANY,
et al.,

    Defendant(s).

CASE NO.    C08-00834 MEJ

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    Hirlye R. "Ryan" Lutz, III    , an active member in good standing of the bar of    the State of Alabama    , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing    Plaintiffs    in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:    Kirk J. Wolden, SBN 138902
CLAYEO C. ARNOLD, PLC
608 University Avenue
Sacramento, CA 95825
(916) 924-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  2/15/08