Ernest Cory
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
(205) 328-2200

FILED
FEB 25 PM 4:19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICH PERRY and DONNA PERRY
for themselves and on behalf of
those similarly situated,

Plaintiff(s),

v.

SUPERIOR FIREPLACE COMPANY,
et al.,

Defendant(s).

CASE NO.   C08-00834

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,   Ernest Cory   , an active member in good standing of the bar of   the State of Alabama   , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Plaintiffs   in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:   Kirk J. Wolden, SBN 138902
CLAYEO C. ARNOLD, PLC
608 University Avenue
Sacramento, CA 95825
(916) 924-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/15/08

Pro Hac - EC.max