UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICH PERRY and DONNA PERRY for themselves and on behalf of those similarly situated.<br>　　　Plaintiff(s),<br>　　v.<br>SUPERIOR FIREPLACE COMPANY;<br>LENNOX HEARTH PRODUCTS, INC.;<br>LENNOX INTERNATIONAL. INC.. et al.<br>　　　Defendant(s). | No. C 08-00834 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 7, 2008

_____
Signature

Counsel for  Plaintiffs
(Plaintiff, Defendant or indicate "pro se")