**United States District Court**
For the Northern District of California

1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    RICH PERRY, et al.,                          No. C 08-0834 MEJ
9              Plaintiff(s),                      **ORDER GRANTING PRO HAC VICE APPLICATIONS**
10      vs.
11   SUPERIOR FIREPLACE COMPANY, et al.,
12             Defendant(s).
                                              /
13
14        Pending before the Court are four pro hac vice applications for the following attorneys:
15   Ernest Cory, Hirlye R. "Ryan" Lutz III, Jason Shamblin, and F. Jerome Tapley.  (Doc. ##5-8.)
16   Having considered the applications, the Court GRANTS the applications, subject to the terms and
17   conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance pro
18   hac vice.  Service of papers upon and communication with co-counsel designated in the application
19   will constitute notice to the party.
20        **IT IS SO ORDERED.**
21
22   Dated: March 11, 2008
                                              _____
23                                            MARIA-ELENA JAMES
                                              United States Magistrate Judge
24
25
26
27
28