Kirk J. Wolden, Esq., SBN 138902
CLAYEO C. ARNOLD, PLC

608 University Avenue
Sacramento, CA  95825
(916) 924-3100

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICH PERRY and DONNA PERRY for themselves and on behalf of those similarly situated | CASE NUMBER: C08-00834 MEJ |
| Plaintiff(s) v. Defendant(s) | **NOTICE OF DISMISSAL BY PLAINTIFF** <br> **Rule 41(a)(1) F.R.Civ.P.** |

**PLEASE TAKE NOTICE:**

[X] The above-entitled action is
    *or*
[ ] Defendant(s)

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 5, 2008 _____

_____
Plaintiff / Attorney for Plaintiff
Kirk J. Wolden

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

---